In
The

                                                Court
of Appeals

                        Sixth
Appellate District of Texas at Texarkana

 

                                                ______________________________

 

                                                             No. 06-09-00189-CR

                                                ______________________________

 

 

                        MARKEASE DONTRELL MCCARTY,
Appellant

 

                                                                V.

 

                                     THE STATE OF TEXAS, Appellee

 

 

                                                                                                  


 

 

                                         On Appeal from the 8th Judicial District Court

                                                              Delta County, Texas

                                                             Trial
Court No. 6890

 

                                                             
                                     

 

 

 

                                          Before Morriss, C.J.,
Carter and Moseley, JJ.

                                            Memorandum Opinion by Justice Moseley








                                                     MEMORANDUM OPINIO N

 

            Markease
Dontrell McCarty appeals from his adjudication of guilt on three separate
counts of aggravated sexual assault of a child, and resulting sentence of life
imprisonment.  McCarty has filed a single
brief, in which he raises issues common to all of his appeals.[1]  He argues that the trial court committed
reversible error by failing to remove a potential witness from the courtroom
and that his counsel rendered ineffective assistance in failing to present any
evidence in his favor.

            We addressed
these issues in detail in our opinion of this date on McCarty’s appeal in cause
number 06-09-00187-CR.  For the reasons
stated therein, we likewise conclude that error has not been shown in this
case.

            We affirm
the trial court’s judgment.

 

 

 

                                                                                    Bailey
C. Moseley

                                                                                    Justice

 

Date Submitted:          September
28, 2010

Date Decided:             September
29, 2010

 

Do Not Publish           











[1]McCarty
appeals from three convictions for aggravated sexual assault of a child, cause
numbers 06-09-00187-CR through 06-09-00189-CR.